### The Drazen Lumber Company v. Clifford W. Casner et al.

The motion by the plaintiff for an order to the trial court to correct the finding in the appeal from the Court of Common Pleas in New Haven County is denied. Practice Book § 675.

*Nathan A. Resnik,* in support of the motion.

Submitted April 14—decided May 3, 1967

### Marguerite L. Nowell v. Ames Nowell

The motions by the defendant to vacate the judgment or to complete and perfect the record in the appeal from the Superior Court in Fairfield County are denied.

*John J. Sullivan,* in support of the motions.

Submitted April 11—decided May 4, 1967

### Marguerite L. Nowell v. Ames Nowell

The motion by the plaintiff, dated April 5, 1967, to dismiss the appeal from the Superior Court in Fairfield County is granted unless, on or before July 1, 1967, the defendant complies with the order of the Superior Court, dated June 22, 1966, directing the payment of counsel fees to the plaintiff to enable her to defend against this appeal and as to which order the defendant was adjudged in contempt on March 17, 1967.

*Edgar W. Bassick III,* for the appellee (plaintiff).

*John J. Sullivan,* with whom was *William C. Strong,* for the appellant (defendant).

Argued May 2—decided May 10, 1967